CLOSED, MDL1842

# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CIVIL DOCKET FOR CASE #: 2:08−cv−03305−FSH−PS

DEEN et al v. DAVOL INC. et al
Assigned to: Judge Faith S. Hochberg
Referred to: Magistrate Judge Patty Shwartz
Cause: 28:1332 Diversity−Product Liability

Date Filed: 07/02/2008
Date Terminated: 08/18/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**DAVID CONLEY DEEN** represented by **MELANIE H. MUHLSTOCK**
PARKER, WAICHMAN &ALONSO, LLP
111 GREAT NECK ROAD
1ST FLOOR
GREAT NECK, NY 11201−5402
(516) 466−6500
Email: mmuhlstock@yourlawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DEBORAH BARRETT DEEN** represented by **MELANIE H. MUHLSTOCK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DAVOL INC.**

**Defendant**

**C.R. BARD, INC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/02/2008 | Ï 1 | COMPLAINT against DAVOL INC., C.R. BARD, INC. ( Filing fee $ 350 receipt number 2075245.) Jury Demand, filed by DAVID CONLEY DEEN, DEBORAH BARRETT DEEN. (Attachments: # 1 Summons Addressed to Davol, # 2 Summons Addressed to CR Bard, # 3 Civil Cover Sheet)(ld, ) (Entered: 07/08/2008) |
| 07/08/2008 | Ï 2 | Summons Issued as to DAVOL INC., C.R. BARD, INC.. Days Due − 20.(SUMMONS MAILED TO COUNSEL) (ld, ) (Entered: 07/08/2008) |
| 08/18/2008 | Ï 3 | Certified Copy of MDL ORDER transferring action to United States District Court for the District of Rhode Island (jd, ) (Entered: 08/18/2008) |
| 08/18/2008 | Ï | ***Civil Case Terminated. (jd, ) (Entered: 08/18/2008) |